Bradley T. Austin
Nevada Bar No. 13064
SNELL & WILMER LLP
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NANCY L. WOOD, | Case No. 2:17-cv-000260-APG-NJK |
| Plaintiff, | |
| vs. | **THIRD STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| BANK OF AMERICA, N.A.; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested a third extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Nancy L. Wood has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from March 20, 2017 through and including **March 27, 2017**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate further settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 20th day of March, 2017.

SNELL & WILMER LLP

By: /s/ Bradley Austin
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

***No opposition***

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Nancy L. Wood*

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: March 21, 2017

- 2 -